| Fill in this information to identify the case: | |
|---|---|
| Debtor name   Life Care St. Johns, Inc. | |
| United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA | ☐ Check if this is an amended filing |
| Case number (if known): | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Series 2014(a) Bondholders | | First Priority Lien on Facility and Blanket Lien on All Other Company Assets Junior Only to RQ Note A Claim on 11.01 Acre Tract of Land | | $42,334,022.14 | Unknown | $21,247,515.14 |
| Series 2014(b) Bondholders | | Blanket Lien on Company Assets Junior to the Lien Securing the Series 2014(a) Bonds, Junior to the Liens Securing the RQ Note A and pari passu with RQ | | $16,215,983.58 | Unknown | $16,215,983.58 |
| RQ Distribution Trust Note A c/o David E. Otero, Esq. Akerman 50 N. Laura St., #3100 Jacksonville, FL 32202 | | First Priority Lien on 11.01 acre tract of land and Second Priority Lien on all other assets | | $4,629,510.41 | Unknown | $4,323,588.41 |
| RQ Distribution Trust Note B c/o David E. Otero, Esq. Akerman 50 N. Laura St., #3100 Jacksonville, FL 32202 | | Subordinate Lien on all assets junior to lien securing Series 2014(a) bonds, junior to liens securing RQ Note A and pari passu with Series 2014(b) bon | | $3,292,616.24 | Unknown | $3,292,616.24 |

Debtor   Life Care St. Johns, Inc.  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Entrance Fee Refund Holder Contract No. EFRH2005 [name and address redacted] | | 90% refund due on 06/12/2016 | | | | $522,216.00 |
| Entrance Fee Refund Holder Contract No. EFRH2007 [name and address redacted] | | 90% refund due on 02/17/2016 | | | | $453,420.00 |
| Entrance Fee Refund Holder Contract No. EFRH2006 [name and address redacted] | | 90% refund due on 06/09/2016 | | | | $387,990.00 |
| Entrance Fee Refund Holder Contract No. EFRH2009 [name and address redacted] | | 90% refund due on 06/29/2016 | | | | $332,910.00 |
| Entrance Fee Refund Holder Contract No. EFRH2004 [name and address redacted] | | 90% refund due on 05/10/2016 | | | | $295,650.00 |
| Entrance Fee Refund Holder Contract No. EFRH2001 [name and address redacted] | | 90% refund due on 03/29/2016 | | | | $284,310.00 |
| Entrance Fee Refund Holder Contract No. EFRH2010 [name and address redacted] | | 75% refund due on 03/23/2016 | | | | $269,571.25 |
| Entrance Fee Refund Holder Contract No. EFRH2002 [name and address redacted] | | 90% refund due on 06/09/2016 | | | | $265,500.00 |

Debtor **Life Care St. Johns, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Entrance Fee Refund Holder Contract No. EFRH2003 [name and address redacted] | | 90% refund due on 03/14/2016 | | | | $219,510.00 |
| Entrance Fee Refund Holder Contract No. EFRH2011 [name and address redacted] | | Refund due | | | | $211,649.75 |
| Entrance Fee Refund Holder Contract No. EFRH2008 [name and address redacted] | | 75% refund due on 03/17/2016 | | | | $147,825.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Unpaid Form 941 payroll tax liability for the pay period beginning 04/02/2016 through 04/15/2016 | Unliquidated | | | $34,897.26 |
| Principal Financial Group | | Section 403(b) contributions deducted during the pay period beginning 04/02/2016 through 04/15/2016 | Unliquidated | | | $5,304.39 |
| Residential Depositor DH0009 [name and address redacted] | | Residential deposit | | | | $1,000.00 |
| Residential Depositor DH0092 [name and address redacted] | | Residential deposit | | | | $1,000.00 |
| Residential Depositor DH0058 [name and address redacted] | | Residential deposit | | | | $1,000.00 |