# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | | |
| LIFE CARE ST. JOHNS, INC., | ) | Case No.: 3:16-bk-1347-JAF |
| a Florida not-for-profit corporation, | | |
| doing business as GLENMOOR,[1] | ) | Chapter 11 |
| | | |
| Debtor. | ) | |
| | | |
| _____ | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS AND METHODOLOGY REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Life Care St. Johns, Inc., as debtor and debtor in possession (the "Debtor"), has filed its respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFA", and collectively with the "Schedules," the "Schedules and Statements") in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court"). The Debtor, with the assistance of its advisors, prepared the Schedules and Statements in accordance with § 521 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

D. Bruce Jones, the Chief Executive Officer of the Debtor, verified the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Jones has necessarily relied upon the efforts, statements, and representations of various personnel of the Debtor. While Mr. Jones and the Debtor's personnel have made reasonable efforts to file complete and accurate Schedules and Statements based upon information available at the time of preparation, the Schedules and Statements remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statements. The Debtor reserves the right to amend its Schedules and Statements from time to time as may be necessary or appropriate.

These Global Notes and Statement of Limitations and Methodology regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global

---

[1] The Federal Employer Identification Number for the Debtor is 59-3474627. The address of the Debtor is 235 Towerview Drive, St. Augustine, Florida, 32092.

Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. In the event that the descriptions and methodologies set forth in the Schedules and Statements differ from the descriptions and methodologies set forth in the Global Notes, the Global Notes shall control.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the Debtor's financial statements. In preparing the Schedules and Statements, the Debtor relied on unaudited financial data derived from its books and records that were available at the time of such preparation. Though the Debtor has made reasonable and good faith efforts to ensure the accuracy and completeness of such financial information, further research or discovery may identify inadvertent errors, omissions or inaccuracies that may necessitate amendments to the Schedules and Statements.

Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtor's rights or an admission with respect to its Chapter 11 case, including, without limitation, any issues involving equitable subordination, setoffs, offsets or defenses, and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

**Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

Description of the Case and "As Of" Information Date. On April 11, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor's case is being administered under Case No. 3:16-bk-1347-JAF. The Debtor currently operates its business and possesses its property as debtor-in-possession under Bankruptcy Code §§ 1107 and 1108. Except as otherwise noted, all asset and liability information is as of April 11, 2016.

Allocation of Liabilities. The Debtor allocated liabilities between the prepetition and postpetition periods based on research conducted in connection with the preparation of the Schedules and Statements. The Debtor reserves all rights to modify, amend and supplement the Schedules and Statements as is necessary and appropriate. The Debtor also reserves the right to alter the priority and allocation of liability to the extent additional information becomes available.

Bankruptcy Court Orders. Pursuant to an order entered by the Bankruptcy Court, the Debtor was authorized to pay certain outstanding prepetition claims of employees for wages, salaries and benefits (the "Employee Wage Order") [Docket No. 56] as well as certain prepetition amounts due to utility providers (the "Interim Utilities Order") [Docket No. 58]. Although the employee claims have been paid, for full transparency, the Debtor has listed the cumulative amount due and owing to its employees for wages, taxes and benefits as of the Petition Date. Debtor does not believe there were any amounts due to utility providers as of the Petition Date. Given the nature of the billing

- 2 -

cycles, however, it is possible that Debtor's utility providers may assert prepetition claims. Debtor's prepetition security deposits should be sufficient to cover any claims.

The Debtor does not waive any right to amend the Schedules and Statements and/or subsequently object to any claims on any basis, including that such claims have already been satisfied through payments with respect to any prepetition payment orders.

Claim Descriptions. Despite reasonable and good faith efforts, the Debtor may not have designated all claims on its Schedules and Statements that are "disputed," "contingent," or "unliquidated." With respect to the secured debt obligations owing to the Holders of the Series 2014 Bonds or to the Refund Queue Claim Holders' Distribution Trust, the amounts listed do not include unliquidated attorney fees or costs.

Any failure to designate a claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute any claim, whether reflected on its respective Schedules and Statements or asserted pursuant to a filed proof of claim, on any grounds, including, without limitation, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or assert offsets or defenses to any claim reflected on these Schedules as to amount, liability or status.

Classifications. Listing a claim or contract (a) on Schedule D as "secured," (b) on Schedule E as "unsecured priority," (c) on Schedule F as "unsecured nonpriority," or (d) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract.

Causes of Action. Despite reasonable and good faith efforts, the Debtor may not have identified and/or set forth all of its claims, potential recoveries and causes of action (filed or potential) against third parties as assets in its Schedules and Statements. The Debtor reserves all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such claim, potential recovery or cause of action. Similarly, in instances, if any, where the Debtor is a defendant in pending causes of action, nothing in the Global Notes or the Schedules and Statements shall be deemed as an admission or determination with respect to, or a waiver of any defense or objection to, such causes of action, and all of the Debtor's defenses, objections, counterclaims and other rights with respect to such causes of action are hereby preserved.

Confidential, Private, and Commercially Sensitive Information. Pursuant to the Order Granting Motion to File Information Under Seal of Protected Resident Information (the "Confidentiality Order") [Docket No. 61] entered on April 15, 2016, the Debtor has redacted the names and addresses of current and former residents and prospective residents that have paid deposits to Debtor (the "Protected Information"), and will endeavor to redact the Protected Information from any amended Schedule or Statement subsequently filed with the Court.

Estimates and Assumptions.   In preparing its ordinary-course books and records and the Schedules and Statements, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, and the potential values of contingent assets and liabilities on the Petition Date and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.   The Debtor reserves all rights to modify, amend and supplement the Schedules and Statements as is necessary and appropriate.

Excluded Assets and Liabilities.   The Debtor has excluded certain assets and liabilities from the Schedules and Statements that relate to GAAP bookkeeping conventions that do not represent either assets with potential value or identifiable liabilities. Examples of these GAAP bookkeeping conventions include, inter alia: (a) assets such as acquisition goodwill and deferred financing costs and (b) liabilities such as general professional liability exposure reserves and accrued accounts payable (e.g. estimates of trade vendor exposure prior to receipt of actual invoices).   Further, the Debtor did not undertake an exhaustive physical asset inventory as of the Petition Date. As a result, certain immaterial assets of the Debtor that are not specifically recorded in the Debtor's accounting records may be omitted from the Schedules and Statements.

Executory Contracts and Unexpired Leases.   The Debtor has not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts may have some value to the Debtor's estate. The Debtor's executory contracts and unexpired leases have been set forth in Schedule G. Should the Debtor reject any executory contracts and unexpired leases, such rejection may result in the assertion of rejection damages claims; however, the Schedules and Statements do not reflect any potential rejection damages claims.   The Debtor reserves the right to make any arguments and objections with respect to the assertion of any such claims.   Debtor likewise reserves the right to amend Schedule G to include executory contracts or leases that were inadvertently omitted or to include executory contracts or leases that were left off the original Schedule G.

Insiders.   For purposes of the Schedules and Statements, the Debtor defines "insiders" pursuant to § 101(31) of the Bankruptcy Code.   The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.   Employees or members of the Debtor's board of directors may have been included in the Schedules and Statements for informational purposes only and may not necessarily be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability for any other purpose.

Categories or Labels Used in Schedules and Statements.   Information requested by the Schedules and Statements requires the Debtor to make judgments regarding the appropriate category in which information should be presented or how certain parties, claims or other data should be labeled.   The Debtor's decisions regarding the category or

label it uses is based on the best information available as of the filing of the Schedules and Statement and within the time constraints imposed by the Bankruptcy Code and Bankruptcy Rules. The Debtor reserves the right to modify, change or delete any information in the Schedules and Statements by amendments, including to the extent some information currently presented should be moved to a different category or labeled a different way.

**Specific Schedules and Statements Disclosures**.

Schedule A.  The value attributable to the real property and improvements located at 235 Towerview Drive, St. Augustine, Florida as identified on Schedule A of the Schedules is $21,086,507.  That value represents the "just value" of the land and improvements for 2015 as determined by the St. Johns County Tax Assessor.  The real property and improvements have not been appraised in the last 3 years.

The value attributable to the 11.01 acres of unimproved real property as identified on Schedule A of the Schedules is $305,922.  That value represents the "just value" of the land and improvements for 2015 as determined by the St. Johns County Tax Assessor. The 11.01 acres has not been appraised in the last 3 years.

No appraisals of the Debtor's real or personal property was performed by the Debtor in connection with the preparation of the Schedules and Statements; the actual value of the land and the improvements may therefore vary.  The Debtor also has made no effort at this point to value its real estate or business as a going-concern.  Debtor reserves the right to amend Schedule A to increase or decrease the value of its real property as is necessary and appropriate once (and if) an appraisal or other indicator of value is completed.

Schedule B3.  In the ordinary course of business, prior to the Petition Date, the Debtor used centralized cash management systems (the "Cash Management Systems") to collect, transfer, and distribute funds generated by the Debtor's operations and to accurately record such collections, transfers, and disbursements as they were made.  A description of the Cash Management Systems is set forth in Debtor's Emergency Motion to Authorize (I) Continued Use of Existing Cash Management System, (II) Maintenance of Existing Bank Accounts, (III) Continued Use of Existing Business Forms, and (IV) Banks to Honor Prepetition Payments and Transfers filed on April 11, 2016 [Docket No. 7].  The accounts identified on Schedule B2 include both operating accounts and restricted funds and trustee accounts, some of which are not in Debtor's control.  Inclusion of these accounts is for informational purposes and is not an admission or statement regarding whether any of the restricted funds or trustee accounts are "assets" of Debtor's estate.

Schedules B39 and B47.  The values of the office furniture, equipment and vehicles are listed in the Schedules are based on what is believed to be current book value after applicable depreciation consistent with the values in Debtor's 2015 audit which is being completed.

Schedules B39, B47, B55 and B63.  Schedules B39, B47, B55 and B63 require Debtor to disclose the "Net Book Value of Debtor's Interest" in its real and personal property.  Debtor's accounting statements do not reflect net book values in the same asset categories as the Schedules.  The "net book value" is therefore reflected as "unknown."

Schedule B62 - Licenses, Franchises and Royalties.  Schedule B62 requires a listing of all licenses held by the Debtor and the "Net Book Value of the debtor's interests" therein.  Debtor's financial statements do not reflect book values on a license-by-license basis.  The book values of these licenses is therefore listed as "unknown."  The market values of these licenses are also unknown.

Schedule D - Creditors Holding Secured Claims.  Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D.  The Debtor has not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, or inchoate statutory lien rights.  Any such creditors may, however, be listed on Schedule F.

Schedule E - Creditors Holding Unsecured Priority Claims.  As part of certain "first day" orders, the Debtor was authorized to pay, in its own discretion, certain outstanding prepetition claims, including, but not limited to, wages, taxes and benefits under the Employee Wage Order.  As discussed herein, amounts due for prepetition claims that have been or will be paid postpetition pursuant to the authority granted by the Bankruptcy Court are included on Schedule E as of the Petition Date.  Further, the Debtor may continue to pay prepetition claims in accordance with the authority granted by the Bankruptcy Court.

The listing of any claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority under § 507 of the Bankruptcy Code.  The Debtor reserves the right to dispute the priority status of any claim on any basis.

Schedule F - Creditors Holding Unsecured Nonpriority Claims.  The liabilities identified in Schedule F are derived from the Debtor's books and records.  Though the Debtor made a reasonable attempt to set forth its unsecured obligations, the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule F.  Events that occur during the administration of this Chapter 11 case, such as lease or contract rejections, may impact the total amounts owed to general unsecured creditors.

The claims of creditors for, among other things, merchandise, goods, services, or taxes, may not reflect credits or allowances due from such creditor.  The Debtor reserves all of its rights in respect of such credits and allowances.

The Debtor lists Future Refundable Entrance Fee Payable in the amount of $25,458,957 on Schedule F.  This figure represents an estimate as of the Petition Date of refunds that could potentially be due to current residents under the terms of their Residence and Care Contracts if their contracts were cancelled on the Petition Date.  This

is not an admission by Debtor that any refunds or amounts are due or will become due to any current residents.  Current residents are being listed on Schedule F simply to ensure that they receive notices and for informational purposes.

Debtor's Schedules reflect $1,678,463 in Future Refundable Partial Entrance Fee Payables.  This figure represents an estimate of the Entrance Fees potentially refundable to parties who have signed Residence and Care Contracts but have not yet completed their purchase obligations or became residents of Glenmoor.

Schedule G - Executory Contracts.  While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Listing a contract, lease or agreement on Schedule G does not constitute an admission that such contract, lease or agreement is an executory contract or unexpired lease or that such contract, lease or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, effectiveness, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G; however, nothing in Schedule G shall operate as a bar to the Debtor's right to treat such agreements as severable.  In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as easements, right of way, subordination, non-disturbance agreements, supplemental agreements, amendments, letter agreements, title agreements, non-disclosure agreements and confidentiality agreements. Such documents may not be set forth on Schedule G.

The Debtor reserves all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim, including, but not limited to, whether any lease is a true lease or financing arrangement.

The Debtor may be a party to certain agreements that have expired by their terms, but all parties continue to operate under terms of the expired agreement.  The Debtor has attempted to list all such agreements on Schedule G.  The Debtor's inclusion of such contracts, leases or agreements on Schedule G is not an admission that such contract, lease or agreement is an executory contract or unexpired lease.

Omission of a contract, lease or agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts, leases or agreements are not impaired by the omission.

Statements 1 & 2.  The Debtor operates on calendar fiscal year beginning on January 1 and ending on December 31.

Statement 28.  There are no equity security holders as the Debtor is a not-for-profit entity.  The sole member of the Debtor is Life Care Pastoral Services, Inc.

Specific Notes.  These Global Notes are in addition to the specific notes set forth in the individual Schedules and Statements.  The fact that the Debtor has prepared a "specific note" with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtor to exclude the applicability of any Global Note to any of the Debtor's remaining Schedules and Statements, as appropriate. Moreover, disclosure of information in one Schedule, Statements, exhibit or continuation sheet, even if incorrectly placed shall be deemed to be disclosed in the correct Schedule, Statement, exhibit or continuation sheet.

Totals.  All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.  To the extent that there are unliquidated, unknown or undetermined amounts, the actual total may be different than the listed total.

Undetermined Amounts.  The description of an amount as "unknown," "TBD," or "undetermined", if applicable, is not intended to reflect upon the materiality of such amount.

Unliquidated Claim Amounts.  As applicable, claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated," "TBD," "undetermined" and/or "unknown."

General Reservation of Rights.  The Debtor specifically reserves the right to amend, modify, supplement, correct, change, or alter any party of its Schedules and Statements as and to the extent necessary and as it deems appropriate.

183

**Fill in this information to identify the case:**

Debtor name __**Life Care St. Johns, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) __**3:16-bk-1347-JAF**__

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**April 25, 2016**__    X **/s/ D. Bruce Jones**
Signature of individual signing on behalf of debtor

**D. Bruce Jones**
Printed name

**CEO**
Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Life Care St. Johns, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **3:16-bk-1347-JAF** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*...........................................................................................    $    **21,392,429.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................................    $    **9,045,391.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...........................................................................................    $    **30,437,820.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **66,472,132.37**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **182,749.51**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **38,968,456.00**

4.  **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b      $    **105,623,337.88**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Life Care St. Johns, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **3:16-bk-1347-JAF**

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$1,400.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BBVACompass [balance as of 04/08/2016]** | **Depository Account** | **5810** | $159,784.60 |
| 3.2. | **BBVACompass [balance as of 04/08/2016]** | **Operating Account** | **4385** | $1,472,013.32 |
| 3.3. | **BBVACompass [balance as of 04/08/2016]** | **Payroll Account** | **5977** | $133,455.24 |
| 3.4. | **TD Bank Operating and Reserve Fund Account [balance as of 03/31/2016]** | **Restricted Use Asset Account** | **4011** | $43,736.33 |
| 3.5. | **TD Bank 2014 Debt Service Reserve Account [balance as of 03/31/2016]** | **Restricted Use Asset Account** | **6017** | $1,330,812.88 |
| 3.6. | **UMB Corporate Trust Services 2014 Cost of Issuance Account [balance as of 03/31/2016]** | **Restricted Use Asset Account** | **5549** | $0.01 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Life Care St. Johns, Inc.** | Case number *(If known)* | **3:16-bk-1347-JAF** |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **UMB Corporate Trust Services 2014 Service Fund Account [balance as of 03/31/2016]** | **Restricted Use Asset Account** | **5541** | **$2.00** |
| 3.8. | **UMB Corporate Trust Services 2014 Gross Revenue Fund Account [balance as of 04/01/2016]** | **Restricted Use Asset Account** | **5411** | **$0.00** |
| 3.9. | **TD Bank Renewal and Replacement Reserve Account [balance as of 03/31/2016]** | **Restricted Use Asset Account** | **4029** | **$0.00** |
| 3.10 . | **US Bank Amended Minimum Liquid Reserve Escrow Account [balance as of 03/31/2016]** | **Restricted Use Asset Account** | **7000** | **$770,572.28** |
| 3.11 . | **UMB Corporate Trust Services Entrance Fee Escrow Account [balance as of 03/31/2016]** | **Restricted Use Asset Account** | **5410** | **$14,756.33** |
| 3.12 . | **UMB Corporate Trust Services Account [balance as of 03/31/2016]** | **Restricted Use Asset Account** | **5412** | **$156,914.35** |
| 3.13 . | **UMB Corporate Trust Services 2014A Interest Account [balance as of 02/29/2016]** | **Restricted Use Asset Account** | **5542** | **$0.00** |
| 3.14 . | **UMB Corporate Trust Services 2014B Interest Account [balance as of 01/31/2016]** | **Restricted Use Asset Account** | **5543** | **$0.00** |
| 3.15 . | **UMB Corporate Trust Services 2014A Sinking Fund Account [balance as of 01/31/2016]** | **Restricted Use Asset Account** | **5544** | **$0.00** |
| 3.16 . | **UMB Corporate Trust Services 2014B Sinking Fund Account [balance as of 01/31/2016]** | **Restricted Use Asset Account** | **5545** | **$0.00** |
| 3.17 . | **UMB Corporate Trust Services 2014A Option Redemption Account [balance as of 01/31/2016]** | **Restricted Use Asset Account** | **5546** | **$0.00** |
| 3.18 . | **UMB Corporate Trust Services 2014B Option Redemption Account [balance as of 01/31/2016]** | **Restricted Use Asset Account** | **5547** | **$0.00** |
| 3.19 . | **UMB Corporate Trust Services 2014 Debt Service Reserve Account [balance as of 02/29/2016]** | **Restricted Use Asset Account** | **5548** | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Life Care St. Johns, Inc.** | | Case number *(If known)* | **3:16-bk-1347-JAF** |
|---|---|---|---|---|
| | Name | | | |

**4.    Other cash equivalents** *(Identify all)*

| 4.1. | **Deposit from stalking horse buyer [currently being held in TM&H's Trust Account] [balance as of 04/11/2016]** | **$100,000.00** |
|---|---|---|

**5.    Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$4,183,447.34**

---

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security deposit with Florida Power & Light Company** | **$68,436.00** |
|---|---|---|
| 7.2. | **Security deposit with FPL Energy Services, Inc.** | **$2,000.00** |

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Prepaid expenses and other assets [balance as of 03/31/2016]** | **$493,144.00** |
|---|---|---|
| 8.2. | **Retainer held by debor's counsel, Thames Markey & Heekin, P.A. [balance as of 04/11/2016]** | **$1,607.40** |

**9.    Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    **$565,187.40**

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

| 11a. 90 days old or less: | **99,643.00** | - | **0.00** | = .... | **$99,643.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$99,643.00**

---

**Part 4:    Investments**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Life Care St. Johns, Inc.** | Case number *(If known)* **3:16-bk-1347-JAF** |
|--------|-------------------------------|------------------------------------------------|
|        | Name                          |                                                |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies Combined inventory for liquor, housekeeping, dining services, health center and plant operations [balance as of 12/31/2015]** | | $115,440.26 | | $115,440.26 |

| | | |
|---|---|---|
| 23. **Total of Part 5.** Add lines 19 through 22. Copy the total to line 84. | | $115,440.26 |

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|

| Debtor | **Life Care St. Johns, Inc.** | Case number *(If known)* | **3:16-bk-1347-JAF** |
|---|---|---|---|
| | Name | | |

39. **Office furniture**
   **Furniture and equipment [book value as of 12/31/2015]** — Unknown — $1,923,126.00

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.                    **$1,923,126.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Vehicles, trailers, etc. [book value as of 12/31/2015]** | Unknown | | $108,310.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.                    **$108,310.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 5 |
|---|---|---|

| Debtor | **Life Care St. Johns, Inc.** | Case number (If known) | **3:16-bk-1347-JAF** |
|---|---|---|---|
| | Name | | |

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Glenmoor resort retirement community consisting of approximately 144 independent living units and related common areas over approximately 51.13 acres in the World Golf Village in St. Johns County, Florida [Real Estate Nos. 029231.0000, 029232.0000, 325605.0000 and 325606.0000]** | Fee simple | Unknown | Tax records | $21,086,507.00 |
| 55.2. **11.01 acres of unimproved real property abutting the entrance to the Glenmoor community [Real Estate No. 029231.0000]** | Fee simple | Unknown | Tax records | $305,922.00 |

**56.     Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $21,392,429.00 |
|---|

**57.     Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.     Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

---

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Life Care St. Johns, Inc.**                                    Case number *(If known)*  **3:16-bk-1347-JAF**
  Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Ownership of three trademark logos for 'Glenmoor' [Registration Nos. 3298115 [dead service mark], 3255936 [live service mark] and 2287781] registered with the United States Patent and Trademark Office** | **Unknown** | | **Unknown** |
| **Trade name "Glenmoor"** | **Unknown** | | **Unknown** |
| **Website www.glenmoor.com** | **Unknown** | | **Unknown** |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** **Standard Nursing Home Certificate No. 19676, License No. SNF130471020 issued by the State of Florida, Agency for Health Care Administration, Division of Health Quality Assurance [30 Beds] [expires 11/18/2017]** | **Unknown** | | **Unknown** |
| **Standard Assisted Living Facility Certificate No. 45914, License No. AL10105 issued by the State of Florida, Agency for Health Care Administration, Division of Health Quality Assurance [30 Private Pay Residents] [expires 11/19/2017]** | **Unknown** | | **Unknown** |
| **2013 Florida Annual Resale Certificate for Sales Tax [Certificate No. 65-8012108681-8] [expires 12/31/2015]** | **Unknown** | | **Unknown** |
| **Continuing Care Facility No. 88172, Certificate No. 98-59-3474627 issued by the Florida Department of Insurance [issued on 11/23/1999]** | **Unknown** | | **Unknown** |
| **Food Hygeine - Assisted Living Facility Sanitation Certificate No. 55-48-00435 issued by the State of Florida, Department of Health [expires 09/30/2016]** | **Unknown** | | **Unknown** |
| **Food Hygeine - Assisted Living Facility Sanitation Certificate No. 55-48-00174 issued by the State of Florida, Department of Health [expires 09/30/2016]** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Life Care St. Johns, Inc.**                                Case number *(If known)*  **3:16-bk-1347-JAF**
          Name

| | | |
|---|---|---|
| **Group Care - Assisted Living Facility Operating Permit No. 55-51-00146 issued by the State of Florida, Department of Health [expires 09/30/2016]** | **Unknown** | **Unknown** |
| **Retailer of Alcoholic Beverage License No. BEV6501347, Series 4COP, Type SRX issued by the State of Florida, Department of Business and Professional Regulation, Division of Alcoholic Beverages and Tobacco [expires 09/30/2016]** | **Unknown** | **Unknown** |
| **Florida Certificate of Operation for Hydraulic Passenger Elevator, License No. 59966 [three landings] [expires 08/01/2016]** | **Unknown** | **$0.00** |
| **Florida Certificate of Operation for Hydraulic Passenger Elevator, License No. 59967 [three landings] [expires 08/01/2016]** | **Unknown** | **$0.00** |
| **Florida Certificate of Operation for Hydraulic Passenger Elevator, License No. 60231 [two landings] [expires 08/01/2016]** | **Unknown** | **$0.00** |
| **Florida Department of Health, Operating Permit, Biomedical Waste - Nursing Home Permit No. 55.64.00585 [expires 09/30/2016]** | **Unknown** | **$0.00** |
| **Department of Health, Division of Medical Quality Assurance Pharmacy License No. PH18183, Control No. 69797 [expires 02/28/2017]** | **Unknown** | **$0.00** |
| **Department of Health, Division of Medical Quality Assurance Pharmacy License No. PH18184, Control No. 69444 [expires 02/28/2017]** | **Unknown** | **$0.00** |
| **Centers for Medicare & Medicaid Services, Clinical Laboratory Improvement Amendments, Certificate of Waiver No. 10D0993234, issued by the Division of Laboratory Services, Survey and Certification Group, Center for Medicaid and State Operations [expires 11/06/2017]** | **Unknown** | **$0.00** |
| **Swimming Pool Operating Permit No. 55.60.00379 issued by the State of Florida, Department of Health [expires 06/30/2016]** | **Unknown** | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Life Care St. Johns, Inc.**        Case number *(If known)* **3:16-bk-1347-JAF**
<br>Name

| | | |
|---|---|---|
| **Certificate of Need - Certificate No. 9063 issued by the State of Floria, Agency for Health Care Administration [issued on 11/04/1998]** | Unknown | $0.00 |
| **Certificate of Occupancy Permit No. 100614, Community Center with Pool House issued by St. Johns County, Florida, Building Department [dated 08/16/2001]** | Unknown | $0.00 |
| **Certificate of Occupancy Permit No. 100791, Multi-Family issued by St. Johns County, Florida, Building Department [dated 10/18/2001]** | Unknown | $0.00 |
| **Certificate of Occupancy Permit No. 100793, Multi-Family issued by St. Johns County, Florida, Building Department [dated 10/18/2001]** | Unknown | $0.00 |
| **Certificate of Occupancy Permit No. 100796, Assisted Licing Facility issued by St. Johns County, Florida, Building Department [dated 11/15/2001]** | Unknown | $0.00 |
| **Consumer's Certificate of Exemption No. 85-8012631853C-0, 501(C)(3) Organization, issued by Florida Department of Revenue [expires 01/31/2021]** | Unknown | $0.00 |

| | | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Residency contract lists** | Unknown | Unknown |

64.      **Other intangibles, or intellectual property**

65.      **Goodwill**

66.      **Total of Part 10.**

         Add lines 60 through 65. Copy the total to line 89.              **$0.00**

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
<br>        ☐ No
<br>        ☑ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
<br>        ☑ No
<br>        ☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
<br>        ☑ No
<br>        ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor    **Life Care St. Johns, Inc.**                          Case number *(If known)* **3:16-bk-1347-JAF**
                   Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Promissory notes receivable**<br>**[balance as of 03/31/2016]** |  |

| | 2,050,237.00 | - | 0.00 | = | **$2,050,237.00** |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities**<br>**Directors & Officers [ARCH Insurance, Thompson Baker Agency] [03/02/2015 - 04/04/2016]** | **$0.00** |
| | **ERISA Bond [Hartford Insurance, Thompson Baker Agency] [08/02/2013 - 08/02/2016]** | **$0.00** |
| | **Business Service Bond [Old Republic Surety, Thompson Baker Agency] [03/16/2016 - 03/16/2017]** | **$0.00** |
| | **Flood [Old Dominion Insurance (56 policies), Thompson Baker Agency] [07/31/2015 - 07/31/2016]** | **$0.00** |
| | **Flood [Old Dominion Insurance (1 policy), Thompson Baker Agency] [07/18/2015 - 07/18/2016]** | **$0.00** |
| | **Flood [Wright National Flood (1 policy), Thompson Baker Agency] [01/19/2016 - 01/19/2017]** | **$0.00** |
| | **Flood [Wright National Flood (1 policy), Thompson Baker Agency] [08/02/2015 - 08/02/2016]** | **$0.00** |
| | **Flood [Wright National Flood (1 policy), Thompson Baker Agency] [04/23/2015 - 04/23/2016]** | **$0.00** |
| | **Excess Flood [Fidelity National Property & Casualty (13 policies), Thompson Baker Agency] [07/31/2015 - 07/31/2016]** | **$0.00** |
| | **Professional and General Liability Policy No. 5095324355 [Columbia Casualty Company, Brown & Brown, Inc.] [09/27/2015 - 09/27/2016]** | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Life Care St. Johns, Inc.** | Case number *(If known)* **3:16-bk-1347-JAF** |
|---|---|---|

Name

| | |
|---|---|
| **Automobile Liability Policy No. PHPK1302309 [Philadelphia Indemnity Insurance Company, Brown & Brown, Inc.] [03/01/2016 - 03/01/2017]** | $0.00 |
| **Liquor Liability Policy No. HSLL21933 [Hudson Specialty Insurance Company, Brown & Brown, Inc.] [03/01/2016 - 03/01/2017]** | $0.00 |
| **Package Policy No. CPP019090900 [Zurich American Insurance, Brown & Brown, Inc.] [03/01/2016 - 03/01/2017]** | $0.00 |
| **Workers' Compensation Policy No. 0400148870 [United Wisconsin Insurance Company, Brown & Brown, Inc.] [01/01/2016 - 01/01/2017]** | $0.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.   | **$2,050,237.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 11
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Life Care St. Johns, Inc.**                                 Case number *(If known)*  **3:16-bk-1347-JAF**
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,183,447.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $565,187.40 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $99,643.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $115,440.26 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,923,126.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $108,310.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................................> | | $21,392,429.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,050,237.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,045,391.00 | + 91b. $21,392,429.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $30,437,820.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      **Life Care St. Johns, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **3:16-bk-1347-JAF**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

<table>
<tr><td><strong>Part 1:</strong></td><td colspan="3"><strong>List Creditors Who Have Secured Claims</strong></td></tr>
</table>

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | **RQ Claim Holder Distribution Trust** | | $4,629,510.41 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Cindy Woodward, US Bank**
**60 Livingston Ave.**
**Mail Code EP-MN-WSID**
**Saint Paul, MN 55107**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**First Priority Lien on 11.01 acre tract of land and Second Priority Lien on all other assets**

**Describe the lien**
**Security Agreement [Note A]**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **RQ Claim Holder Distribution Trust** | | $3,292,616.24 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Cindy Woodward, US Bank**
**60 Livingston Ave.**
**Mail Code EP-MN-WSID**
**Saint Paul, MN 55107**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Subordinate Lien on all assets junior to lien securing Series 2014(a) bonds, junior to liens securing RQ Note A and pari passu with Series 2014(b) bonds**

**Describe the lien**
**Security Agreement [Note B]**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

| Debtor | **Life Care St. Johns, Inc.** | Case number (if known) | **3:16-bk-1347-JAF** |
|---|---|---|---|
| | Name | | |

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | □ Contingent |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated |
| | □ Disputed |

---

| 2.3 | **Series 2014(a) Bondholders** | Describe debtor's property that is subject to a lien | $42,334,022.14 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**c/o Michael G. Slade**
**UMB Bank, National**
**Association**
**120 Sixth St. S, #1400**
**Minneapolis, MN 55402**

Describe debtor's property that is subject to a lien

**First Priority Lien on Facility and Blanket Lien on All Other Company Assets Junior Only to RQ Note A Claim on 11.01 Acre Tract of Land**

Creditor's mailing address

Describe the lien

**Security Agreement**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | □ Contingent |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated |
| | □ Disputed |

---

| 2.4 | **Series 2014(b) Bondholders** | Describe debtor's property that is subject to a lien | $16,215,983.58 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**c/o Michael G. Slade**
**UMB Bank, National**
**Association**
**120 Sixth St. S, #1400**
**Minneapolis, MN 55402**

Describe debtor's property that is subject to a lien

**Blanket Lien on Company Assets Junior to the Lien Securing the Series 2014(a) Bonds, Junior to the Liens Securing the RQ Note A and pari passu with RQ Note B**

Creditor's mailing address

Describe the lien

**Security Agreement**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | □ Contingent |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated |
| | □ Disputed |

---

3.

| Debtor | **Life Care St. Johns, Inc.** | Case number (if know) | **3:16-bk-1347-JAF** |
|--------|---|---|---|
| | Name | | |

| Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $66,472,132.37 |
|---|---|

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Daniel S. Bleck, Esq.**<br>**Mintz Levin**<br>**One Financial Center**<br>**Boston, MA 02111** | Line __2.3__ | |
| **Daniel S. Bleck, Esq.**<br>**Mintz Levin**<br>**One Financial Center**<br>**Boston, MA 02111** | Line __2.4__ | |
| **David E. Otero, Esq.**<br>**Akerman**<br>**50 N. Laura St., #3100**<br>**Jacksonville, FL 32202** | Line __2.1__ | |
| **David E. Otero, Esq.**<br>**Akerman**<br>**50 N. Laura St., #3100**<br>**Jacksonville, FL 32202** | Line __2.2__ | |
| **RQ1001 through RQ1029**<br>**for notification purposes only** | Line __2.1__ | |
| **RQ1001 through RQ1029**<br>**for notification purposes only** | Line __2.2__ | |
| **St. Johns County Industrial**<br>**Development Authority**<br>**4020 Lewis Speedway**<br>**Saint Augustine, FL 32095** | Line __2.3__ | |
| **St. Johns County Industrial**<br>**Development Authority**<br>**4020 Lewis Speedway**<br>**Saint Augustine, FL 32095** | Line __2.4__ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name  **Life Care St. Johns, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **3:16-bk-1347-JAF**

☐ Check if this is an
  amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126,720.33** | **$126,720.33** |
| | **Active employees of earned, but unpaid wages** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Current earned, but unpaid payroll obligation for the pay period beginning 04/02/2016 through 04/15/2016** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **FL Dept. of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    43965                    Best Case Bankruptcy

| Debtor | **Life Care St. Johns, Inc.** | | Case number (if known) | **3:16-bk-1347-JAF** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**FL Dept. of State**
**Clifton Building**
**2661 Executive Center Dr.**
**Tallahassee, FL 32301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40,313.41** | **$40,313.41** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Form 941 payroll tax liability for the pay**
**period beginning 04/02/2016 through 04/15/2016**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$533.81** | **$533.81** |
|---|---|---|---|---|

**Internal Revenue Service**
**Department of the Treasury**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Support order deduction during the pay period**
**beginning 04/02/2016 through 04/15/2016**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$88.87** | **$88.87** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Garnishment deduction during the pay period**
**beginning 04/02/2016 through 04/15/2016**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Life Care St. Johns, Inc.** | | Case number (if known) | **3:16-bk-1347-JAF** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,093.09 | $7,093.09 |
|---|---|---|---|---|

**Principal Financial Group**
**711 High St.**
**Des Moines, IA 50392**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Section 403(b) contributions deducted during the pay period beginning 04/02/2016 through 04/15/2016**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Residential Depositor DH0009**
**[name and address redacted]**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Residential deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Residential Depositor DH0017**
**[name and address redacted]**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Residential deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Residential Depositor DH0032**
**[name and address redacted]**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Residential deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Life Care St. Johns, Inc.** | Case number (if known) | **3:16-bk-1347-JAF** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | **Residential Depositor DH0058** | Check all that apply. | | |
| | **[name and address redacted]** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Residential deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | **Residential Depositor DH0066** | Check all that apply. | | |
| | **[name and address redacted]** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Residential deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | **Residential Depositor DH0078** | Check all that apply. | | |
| | **[name and address redacted]** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Residential deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | **Residential Depositor DH0092** | Check all that apply. | | |
| | **[name and address redacted]** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Residential deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Life Care St. Johns, Inc.** | Case number (if known) | **3:16-bk-1347-JAF** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|
| | **Residential Depositor DH089A**<br>**[name and address redacted]** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Residential deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_7_) | ☐ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **St. Johns County Tax Collector**<br>**P.O. Box 9001**<br>**Saint Augustine, FL 32085-9001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_8_) | ☐ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Department of Financial Services**<br>**Medigap Policies**<br>**200 E. Gaines St.**<br>**Tallahassee, FL 32399-0322** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **[For notification purposes only]** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284,310.00** |
|---|---|---|---|
| | **Entrance Fee Refund Holder**<br>**  Contract No. EFRH2001**<br>**[name and address redacted]** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **90% refund due on 03/29/2016** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$265,500.00** |
|---|---|---|---|
| | **Entrance Fee Refund Holder**<br>**  Contract No. EFRH2002**<br>**[name and address redacted]** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **90% refund due on 06/09/2016** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Life Care St. Johns, Inc.** | Case number (if known) | **3:16-bk-1347-JAF** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219,510.00 |
|---|---|---|---|

**Entrance Fee Refund Holder**
 **Contract No. EFRH2003**
**[name and address redacted]**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **90% refund due on 03/14/2016**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295,650.00 |
|---|---|---|---|

**Entrance Fee Refund Holder**
 **Contract No. EFRH2004**
**[name and address redacted]**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **90% refund due on 05/10/2016**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522,216.00 |
|---|---|---|---|

**Entrance Fee Refund Holder**
 **Contract No. EFRH2005**
**[name and address redacted]**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **90% refund due on 06/12/2016**

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387,990.00 |
|---|---|---|---|

**Entrance Fee Refund Holder**
 **Contract No. EFRH2006**
**[name and address redacted]**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **90% refund due on 06/09/2016**

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $453,420.00 |
|---|---|---|---|

**Entrance Fee Refund Holder**
 **Contract No. EFRH2007**
**[name and address redacted]**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **90% refund due on 02/17/2016**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,825.00 |
|---|---|---|---|

**Entrance Fee Refund Holder**
 **Contract No. EFRH2008**
**[name and address redacted]**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **75% refund due on 03/17/2016**

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $332,910.00 |
|---|---|---|---|

**Entrance Fee Refund Holder**
 **Contract No. EFRH2009**
**[name and address redacted]**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **90% refund due on 06/29/2016**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Life Care St. Johns, Inc. | Case number (if known) | 3:16-bk-1347-JAF |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269,571.25 |
|---|---|---|---|

**Entrance Fee Refund Holder**
 **Contract No. EFRH2010**
 **[name and address redacted]**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  75% refund due on 03/23/2016 

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211,649.75 |
|---|---|---|---|

**Entrance Fee Refund Holder**
 **Contract No. EFRH2011**
 **[name and address redacted]**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Refund due 

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,106,388.00 |
|---|---|---|---|

**Future Refundable Entrance**
 **Fee Payables**
 **[See Schedule G]**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  231 current resident contracts - refundable entrance fees [balance as of 03/31/2016] 

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,678,463.00 |
|---|---|---|---|

**Future Refundable Partial**
 **Entrance Fee Payables**
 **[See Schedule G]**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Members who have paid only a portion of the entrance fee and have yet to move in 

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,793,053.00 |
|---|---|---|---|

**Life Care Ponte Vedra, Inc.**
 **d/b/a Vicar's Landing**
 **1000 Vicars Landing Way**
 **Ponte Vedra Beach, FL 32082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Loans [balance as of 03/31/2016] 

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 182,749.51 |
| 5b. Total claims from Part 2 | 5b. + | $ | 38,968,456.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 39,151,205.51 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Life Care St. Johns, Inc.**
Name

Case number (if known)   **3:16-bk-1347-JAF**

---

**Fill in this information to identify the case:**

Debtor name    **Life Care St. Johns, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **3:16-bk-1347-JAF**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **3 50% Refund Unbundled (Type C) Contracts** | |
| State the term remaining | **50% Refund Unbundled (Type C) (NLO) [Contract Type Code 25]** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **33 75% Refund (Type A) Beginning 2008 Contracts** | |
| State the term remaining | **75% Refund (Type A) Beg. 2008 (NLO) [Contract Type Code 35]** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **7 75% Refund After 2005 Contracts** | |
| State the term remaining | **75% Refund After 2005 (NLO) [Contract Type Code 34]** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **8 75% Refund Plan Full Service Contracts** | |
| State the term remaining | **75% Refund Plan Full Service (NLO) [Contract Type Code 14]** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Life Care St. Johns, Inc.** | | | Case number (*if known*) | **3:16-bk-1347-JAF** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **52 90% Refund Plan Full Service Contracts** | |
|---|---|---|---|
| | State the term remaining | | **90% Refund Plan Full Service (NLO) [Contract Type Code 11]** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **General contracting work - various contracts** | |
|---|---|---|---|
| | State the term remaining | | **Abacus Contracting, LLC 1008 Loring Ave., #29 Orange Park, FL 32073** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Electronic medical records system** | |
|---|---|---|---|
| | State the term remaining | | **American Data Services P.O. Box 640 Sauk City, WI 53583** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for laboratory services** | |
|---|---|---|---|
| | State the term remaining | | **American Health Associates, Inc. 2831 Corporate Way Hollywood, FL 33025** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled nursing pharmacy services agreement [expires by written notice of either party]** | |
|---|---|---|---|
| | State the term remaining | | **Atkinson's Healthcare Providers Attn: Robert Allen, President P.O. Box 7023 Orange Park, FL 32073** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Independent contractor agreement for a speech language pathologist** | |
|---|---|---|---|
| | State the term remaining | | **Beall, Jennifer L. Dysphagia Decision Solutions, LLC 4400 N. Alatamaha St. Saint Augustine, FL 32092** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Life Care St. Johns, Inc. | | Case number *(if known)* | 3:16-bk-1347-JAF |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for podiatry services** |
|---|---|---|
| | State the term remaining | **Bonura, Joseph W., DPM** |
| | List the contract number of any government contract _____ | **19 Burning Sands Ln.**<br>**Palm Coast, FL 32137-8808** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Medical director agreement** |
|---|---|---|
| | State the term remaining | **Carames, Earnest, M.D.** |
| | List the contract number of any government contract _____ | **16 St. Johns Medical Park Dr.**<br>**Saint Augustine, FL 32086** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Ambulance and medical services agreement** |
|---|---|---|
| | State the term remaining | **Century Ambulance Service, Inc.**<br>**Attn: Melanie Delaney** |
| | List the contract number of any government contract _____ | **2144 Rosselle St.**<br>**Jacksonville, FL 32204** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Currently an "additional site" on the Vicar's Landing contract** |
|---|---|---|
| | State the term remaining | **Cintas Shredding** |
| | List the contract number of any government contract _____ | **P.O. Box 633842**<br>**Cincinnati, OH 45263** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Nursing facility services agreement** |
|---|---|---|
| | State the term remaining | **Community Hospice of Northeast Florida, Inc.** |
| | List the contract number of any government contract _____ | **Attn: Carlos Bosque, Executive VP**<br>**4266 Sunbeam Rd.**<br>**Jacksonville, FL 32257** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Life Care St. Johns, Inc.** | | Case number *(if known)* | **3:16-bk-1347-JAF** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **1 Direct Entrant to Nursing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Direct Entrant to Nursing [Contract Type Code 50]** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Patient transfer agreement** | |
|---|---|---|---|
| | State the term remaining | | **Flagler Hospital, Inc. Attn: James D. Conzemius, Pres. 400 Health Park Blvd. Saint Augustine, FL 32086** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Medicare memorandum of agreement defining the administrative relationship in the exchange of data and information of Medicare beneficiaries** | |
|---|---|---|---|
| | State the term remaining | | **Florida Medical Quality Assurance Attn: Logan Malone, Ed.D., CEO 4350 W. Cypress St., #900 Tampa, FL 33607-4151** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Medical records consultant agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hoffman, Michael 7128 Greenfern Ln. Jacksonville, FL 32277** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Shared staffing agreement with home health agency** | |
|---|---|---|---|
| | State the term remaining | | **Home Instead 9471 Baymeadows Rd., #201 Jacksonville, FL 32256** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Mobile imaging and monitoring services agreement** | **Jacksonville Mobile Imaging Serv. First Coast Mobile Imaginge Serv. 4237 Salisbury Rd., #306 Jacksonville, FL 32216** |
|---|---|---|---|

| Debtor 1 | **Life Care St. Johns, Inc.** | | | Case number *(if known)* | **3:16-bk-1347-JAF** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for a BizHub 423 and BizHub C452 copy machines, FS-527 floor finisher** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Konica Minolta Business Solutions**<br>**21146 Network Pl.**<br>**Chicago, IL 60673** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Management agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **LCPS Management, Inc.**<br>**1000 Vicar's Landing Way**<br>**Ponte Vedra Beach, FL 32082** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for services of consultant dietician** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lucks, Sharon, RD, LD**<br>**4743 Seaboard Ave.**<br>**Jacksonville, FL 32210** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for primary supplier of durable medical equipment** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Medco, Inc.**<br>**653 Kingsley Ave.**<br>**Orange Park, FL 32073** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **5 New 75% Refund (Type B) Contracts** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **New 75% Refund (Type B)**<br>**[Contract Type Code 127]** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Life Care St. Johns, Inc.** | | | Case number *(if known)* | **3:16-bk-1347-JAF** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **1 New 75% Refund (Type C) Contract** | |
|---|---|---|---|
| | State the term remaining | | **New 75% Refund (Type C) [Contract Type Code 123]** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **2 New Traditional (Type A) Contracts** | |
|---|---|---|---|
| | State the term remaining | | **New Traditional (Type A) [Contract Type Code 131]** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **20 New Traditional (Type B) Contracts** | |
|---|---|---|---|
| | State the term remaining | | **New Traditional (Type B) [Contract Type Code 126]** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **22 New Traditional (Type C) Unbundled Contracts** | |
|---|---|---|---|
| | State the term remaining | | **New Traditional (Type C) Unbundled [Contract Type Code 124]** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance and service agreement for three hydraulic Otis Elevators, Machine Numbers 459815, 459816 and 459817** | |
|---|---|---|---|
| | State the term remaining | | **Otis Elevator Company 6631 Executive Park Ct. Jacksonville, FL 32216** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Life Care St. Johns, Inc.** | Case number *(if known)* | **3:16-bk-1347-JAF** |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Meter rental, Soft-Guard subscription and service level agreement for two postage meters (MD200L and DM400C]** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes Global Financial Serv P.O. Box 371887 Pittsburgh, PA 15250-7887** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Service agreement for disposal of biohazardous waste** | |
|---|---|---|---|
| | State the term remaining | | **ProMed Waste Solutions 320 Enterprise St. Ocoee, FL 34761-3002** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **8 Rental Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Rental [Contract Type Code 99]** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Generator service agreement** | |
|---|---|---|---|
| | State the term remaining | | **Ring Power P.O. Box 935004 Atlanta, GA 31193-5004** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of salon facilities** | |
|---|---|---|---|
| | State the term remaining | | **Salon Operations, Inc. 305 Oleander St. Neptune Beach, FL 32266** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Life Care St. Johns, Inc.** | | | Case number *(if known)* | **3:16-bk-1347-JAF** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Five year alarm monitoring and service agreement for four wet pipe sprinkler systems, backflows, fire alarm, nurse call and kitchen hood** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **SimplexGrinnell**<br>**10255 Fortune Pkwy., #120**<br>**Jacksonville, FL 32256** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for XM Select service to Radio ID No. KWQJ60RB** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sirius XM Radio, Inc.**<br>**P.O. Box 9001399**<br>**Louisville, KY 40290-1399** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Pest control and Termite bond** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Terminix**<br>**280 Business Park Cr., #401**<br>**Saint Augustine, FL 32095** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **36 Traditional (Type A) Beginning 2008 Contracts** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Traditional (Type A) Beg. 2008**<br>**(NLO) [Contract Type Code 31]** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **1 Traditional (Type B) Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Traditional (Type B)**<br>**(NLO) [Contract Type Code 26]** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **6 Traditional After 2005 Contracts** | **Traditional After 2005**<br>**(NLO) [Contract Type Code 30]** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Life Care St. Johns, Inc.** | | | Case number *(if known)* | **3:16-bk-1347-JAF** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract

---

**2.43.** State what the contract or lease is for and the nature of the debtor's interest

**1 Traditional Unbundled (Type C) Contract**

State the term remaining

List the contract number of any government contract

**Traditional Bundled (Type C) (NLO) [Contract Type Code 28]**

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest

**15 Traditional Plan Full Service Contracts**

State the term remaining

List the contract number of any government contract

**Traditional Plan Full Service (NLO) [Contract Type Code 10]**

---

**2.45.** State what the contract or lease is for and the nature of the debtor's interest

**13 Traditional Unbundled (Type C) Contracts**

State the term remaining

List the contract number of any government contract

**Traditional Unbundled (Type C) (NLO) [Contract Type Code 24]**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest

**Landscape maintenance and tree trimming**

State the term remaining

List the contract number of any government contract

**Valley Crest
P.O. Box 404083
Atlanta, GA 30384-4083**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest

**HVAC service contract**

State the term remaining

List the contract number of any government contract

**W.W. Gay Mechanics Construction
524 Stockton St.
Jacksonville, FL 32204**

---

**Fill in this information to identify the case:**

Debtor name **Life Care St. Johns, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) **3:16-bk-1347-JAF**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |